UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND AND TRAINING PROGRAM FUND, *et al.*,

Petitioners,

-v-

OSMAN LTD.,

Respondent.

26 Civ. 9390 (JPC)

ORDER

JOHN P. CRONAN, District Judge:

On October 27, 2026, Petitioners filed a Petition to confirm an arbitration award. Dkt. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, Petitioners shall file and serve any additional materials with which they intend to support their Petition to confirm by December 14, 2026. Respondent's opposition, if any, is due on January 11, 2027. Petitioners' reply, if any, is due January 25, 2027.

Petitioners shall serve the Petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than December 14, 2026, and shall file an affidavit of such service with the Court no later than December 18, 2026.

SO ORDERED.

Dated: November 16, 2026
New York, New York

JOHN P. CRONAN
United States District Judge